UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Katherine E. Koukoulis | ) | BK No.: 19-28888 |
| | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable David D. Cleary |
| | ) | 1 |
| Debtor(s) | ) | Adv. No.: 20-00026 |
| Robert Egan | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| Katherine Koukoulis | ) | |
| | ) | |
| Defendant(s) | ) | |

**Briefing Schedule on Motion to Dismiss Adversary Proceeding**

    Leave given Plaintiff to file a response on or before April 14, 2020.
Defendant's reply is due on or before April 24, 2020.
Motion to Dismiss Adversary Proceeding by Defendant is set for STATUS on April 29, 2020 at 10:30 a.m., at 219 South Dearborn Street, Courtroom 644, Chicago, IL 60604.

Enter:  *David D. Cleary*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: April 01, 2020